In the Matter of ALBERT H. HENDERSON, Respondent, against FIORELLO H. LA GUARDIA et al., Constituting the Board of Estimate of the City of New York, Appellants.

Argued February 27, 1945; decided April 5, 1945.

*Ignatius M. Wilkinson, Corporaton Counsel (W. Bernard Richland* and *Pauline K. Berger* of counsel), for appellants.
*Sidney A. Fine* and *Max Rosner* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.